| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Ballou, Robert S. | 2. Court or Organization United States District Court, Western District of Virginia | 3. Date of Report 5/14/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

210 Franklin Road, S.W.
Suite 344
Roanoke, Virginia 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Marlins Booster Board |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Virginia State Bar | October 24, 2013 | Washington & Lee School of Law, Lexington, Virginia | Presenter at Virginia State Bar Law School Professionalism Class | Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Bank | A | Interest | K | T | | | | | |
| 2. First Citizens Bank | A | Interest | J | T | | | | | |
| 3. Wachovia/Wells Fargo Bank | | None | J | T | | | | | |
| 4. Equitable Variable Life Insurance | | None | K | T | | | | | |
| 5. USAA Brokerage Account (assets listed below) (H) | | | | | | | | | |
| 6. -AT&T | A | Dividend | | | Sold | 05/08/13 | J | C | |
| 7. -CSX Corp. | A | Dividend | K | T | Sold (part) | 05/08/13 | K | D | |
| 8. -Exxon Mobil Corp. | A | Dividend | J | T | Sold (part) | 05/08/13 | J | D | |
| 9. -Frontier Communications Corp. | A | Dividend | | | Sold | 05/08/13 | J | A | |
| 10. -Hewlett Packard Co. | A | Dividend | | | Sold | 05/08/13 | J | A | |
| 11. -IBM | A | Dividend | K | T | Sold (part) | 05/08/13 | K | D | |
| 12. -Merck & Co., Inc. | A | Dividend | | | Sold | 05/08/13 | K | C | |
| 13. -Norfolk Southern Corp. | A | Dividend | K | T | Sold (part) | 05/08/13 | J | D | |
| 14. -Sigma Aldrich Corp. | A | Dividend | K | T | Sold (part) | 05/08/13 | K | D | |
| 15. -Steel Dynamics Corp. | A | Dividend | | | Sold | 05/08/13 | J | B | |
| 16. -Verizon Communications, Inc. | B | Dividend | K | T | Sold (part) | 05/08/13 | K | D | |
| 17. -Dodge & Cox Int'l Stock Fund | A | Dividend | | | Sold | 05/08/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Torray Fund | A | Dividend | | | Sold | 05/08/13 | J | A | |
| 19. -Tweedy Browne Global Value Fund | A | Dividend | | | Sold | 05/08/13 | J | A | |
| 20. -Tweedy Browne Value Fund | A | Dividend | | | Sold | 05/08/13 | J | A | |
| 21. USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 22. UTMA Account # 1 (holdings listed below) (H) | | | | | | | | | |
| 23. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 24. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 25. -USAA Money Market | A | Dividend | J | T | | | | | |
| 26. UTMA Account # 2 (holdings listed below) (H) | | | | | | | | | |
| 27. -Marsico Growth Fund | A | Dividend | J | T | | | | | |
| 28. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 29. -USAA Money Market | A | Dividend | J | T | | | | | |
| 30. UTMA Account #3 (holdings listed below) (H) | | | | | | | | | |
| 31. -USAA Growth & Income Fund | A | Dividend | J | T | | | | | |
| 32. -USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 33. Wells Fargo Brokerage Account (holdings listed below)(H) | | | | | | | | | |
| 34. -Hewlett-Packard Co. | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Stanley Black & Decker | A | Dividend | J | T | | | | | |
| 36. -Sigma Aldrich Corp. | A | Dividend | K | T | | | | | |
| 37. 403(b) Retirement Account (holdings listed below)(H) | | | | | | | | | |
| 38. -Invesco Van Kampen Equity & Income Fund Y | A | Dividend | | | Sold | 02/20/13 | J | | |
| 39. -Fidelity Spartan 500 Index Investor | A | Dividend | | | Sold | 02/20/13 | K | | |
| 40. -Goldman Sachs MidCap Value-Inst ((Formerly A Class shares) | A | Dividend | K | T | | | | | |
| 41. -Munder Mid Cap Core Growth-Y (formerly A class shares) | A | Dividend | K | T | | | | | |
| 42. -American Funds EuroPac. Growth (R6) (Formerly R4 share class | A | Dividend | J | T | | | | | |
| 43. -PIMCO Total Return/Institutional | A | Dividend | J | T | Buy | 02/20/13 | J | | |
| 44. -Vanguard Institutional Index 500 | A | Dividend | K | T | Buy | 02/20/13 | K | | |
| 45. | | | | | | | | | |
| 46. Vanguard Retirement Account (holdings below)(H) | | | | | | | | | |
| 47. -Vanguard Health Care Fund Investor Shares | B | Dividend | L | T | | | | | |
| 48. | | | | | | | | | |
| 49. T.Rowe Price Retirement Account (holdings below)(H) | | | | | | | | | |
| 50. -T.Rowe Price Mid-Cap Growth Fund | B | Dividend | K | T | | | | | |
| 51. -T. Rowe Price Science & Technology Fund | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -T. Rowe Price Small-Cap Stock Fund | B | Dividend | K | T | | | | | |
| 53.  -T. Rowe Price Spectrum Growth Fund | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |
| 55.  Fidelity Retirement Account (holdings below)(H) | | | | | | | | | |
| 56.  -Fidelity Blue Chip Growth | A | Dividend | | | Closed | 05/15/13 | J | C | |
| 57.  -Fidelity Growth & Income Fund | A | Dividend | | | Closed | 05/15/13 | J | C | |
| 58.  Virginia 529 College Savings Plan # 1 (holdings below)(H) | | | | | | | | | |
| 59.  -Va. 529 Chesapeake Fund | | | K | T | Buy (add'l) | 06/12/13 | J | | |
| 60. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 61.  -Va. 529 Aggressive Growth Fund | | | K | T | Buy (add'l) | 06/12/13 | J | | |
| 62. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 63.  Virginia 529 College Savings Plan # 2 (holdings below)(H) | | | | | | | | | |
| 64.  -Va. 529 Chesapeake Fund | | | K | T | Buy (add'l) | 06/12/13 | J | | |
| 65. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 66.  -Va. 529 Aggressive Growth Fund | | | J | T | Buy (add'l) | 06/12/13 | J | | |
| 67. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 68.  Virginia 529 College Savings Plan # 3 (holdings below)(H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Va. 529 Chesapeake Fund | | | K | T | Buy (add'l) | 06/12/13 | J | | |
| 70. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 71. -Va. 529 Aggressive Growth Fund | | | J | T | Buy (add'l) | 06/12/13 | J | | |
| 72. | | | | | Buy (add'l) | 12/02/13 | J | | |
| 73. Morgan Stanley SEP Account (holdings listed below)(H) | | | | | | | | | |
| 74. -Morgan StanleyMutual Global Discovery Fund Class Z | | | | | Sold | 01/18/13 | K | A | |
| 75. -First Trust Mid-Cap Core Alphadex Fund | | | | | Sold | 01/18/13 | J | B | |
| 76. -Alpha Natural Resources Inc. | | | | | Sold | 01/18/13 | J | A | |
| 77. -Western Union Company | | | | | Sold | 01/18/13 | J | A | |
| 78. -Teekay Long Partners LP | | | | | Sold | 01/18/13 | J | A | |
| 79. -Transocean Ltd, Switzerland | | | | | Sold | 01/18/13 | J | A | |
| 80. -Henderson International Opportunities Fund, Class I | | | | | Sold | 01/18/13 | J | A | |
| 81. -McDonald's Corporation | | | | | Sold | 01/18/13 | K | D | |
| 82. -3M Company | | | | | Sold | 01/18/13 | J | B | |
| 83. -First Trust Nasdaq-100 Technology Index Fund | | | | | Sold | 01/18/13 | J | A | |
| 84. -Monsanto Co. | | | | | Sold | 01/18/13 | J | A | |
| 85. -Walt Disney Co. | | | | | Sold | 01/18/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Mondelez International, Inc (Formerly Kraft Foods) | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 87. -Kraft Foods Group, Inc. (Spinoff from Kraft Foods) | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 88. -Bristol Myers Squibb Co. | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 89. -Johnson & Johnson | | | | | Sold | 01/18/13 | J | A | |
| 90. -Pfizer, Inc. | | | | | Sold | 01/18/13 | J | A | |
| 91. -Norfolk Southern Corp. | | | | | Sold | 01/18/13 | K | B | |
| 92. -United States Gasoline Fund LP | | | | | Sold | 01/18/13 | J | A | |
| 93. -Powershares Exhange-Traded Fund Water Res. Port | | | | | Sold | 01/18/13 | J | A | |
| 94. -First Trust Exchange Traded Fund/Dow Jones Internet Index | | | | | Sold | 01/18/13 | J | B | |
| 95. -First Trust Morningstar Dividend Leaders Fund | | | | | Sold | 01/18/13 | J | B | |
| 96. -First Trust Nasdaq-100 Equal Weighted Index | | | | | Sold | 01/18/13 | J | B | |
| 97. -SPDR S&P Dividend ETF | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 98. -Guggenheim Timber ETF | | | | | Sold | 01/18/13 | J | A | |
| 99. -First Trust Materials Alphadex Fund | | | | | Sold | 01/18/13 | J | A | |
| 100. -First Trust Small Cap Core Alphadex Fund | | | | | Sold | 01/18/13 | J | B | |
| 101. -Greenhaven Continuous Commodity Index Fund | | | | | Sold | 01/18/13 | J | A | |
| 102. -Morgan Stanley Bank, N.A. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Deleware Diversified Income Fund | A | Dividend | | | Sold | 01/18/13 | K | A | |
| 104. -Pimco Total Return Fund | A | Int./Div. | | | Sold | 01/18/13 | K | A | |
| 105. -Templeton Global Bond Fund Advisor Class | A | Dividend | | | Sold | 01/18/13 | K | A | |
| 106. -AQR Managed Futures Strategy | A | Dividend | J | T | Buy | 01/29/13 | K | | |
| 107. | | | | | Sold (part) | 03/08/13 | J | | |
| 108. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 109. | | | | | Buy | 11/08/13 | J | | |
| 110. -Causeway Int'l Value | A | Dividend | L | T | Buy | 11/08/13 | L | | |
| 111. -Deleware Investment Small Cap Value | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 112. | | | | | Sold (part) | 09/13/13 | J | A | |
| 113. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 114. -EV income Fund of Boston | A | Dividend | J | T | Buy | 01/28/13 | K | | |
| 115. | | | | | Sold (part) | 03/08/13 | K | A | |
| 116. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 117. -Eaton Vance Commodity Strategy | A | Dividend | K | T | Buy | 01/28/13 | J | | |
| 118. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 119. | | | | | Buy (add'l) | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 121. -Goldman Sachs Absolute Return | B | Dividend | K | T | Buy | 01/28/13 | K | | |
| 122. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 123. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 124. | | | | | Sold (part) | 11/08/13 | J | A | |
| 125. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 126. -ING Global Real Estate Fund | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 127. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 128. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 129. | | | | | Sold (part) | 11/08/13 | J | A | |
| 130. -Invesco Premier | A | Dividend | J | T | Buy | 03/08/13 | K | | |
| 131. | | | | | Sold (part) | 09/13/13 | J | | |
| 132. | | | | | Sold (part) | 11/08/13 | J | | |
| 133. -Ivy Mid Cap Growth | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 134. | | | | | Sold (part) | 03/08/13 | J | A | |
| 135. | | | | | Sold (part) | 09/13/13 | J | A | |
| 136. | | | | | Sold (part) | 11/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137.  -JP Morgan Dynamic Small Cap Growth | A | Distribution | J | T | Buy | 01/28/13 | J | | |
| 138. | | | | | Sold (part) | 03/08/13 | J | A | |
| 139. | | | | | Sold (part) | 09/13/13 | J | A | |
| 140. | | | | | Sold (part) | 11/08/13 | J | A | |
| 141. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 142.  -Mainstay Large Cap Growth | C | Dividend | L | T | Buy | 01/28/13 | L | | |
| 143. | | | | | Sold (part) | 03/18/13 | J | A | |
| 144. | | | | | Sold (part) | 09/13/13 | J | A | |
| 145. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 146.  -Managers AMG System Mid-Cap Value | B | Dividend | J | T | Buy | 01/28/13 | J | | |
| 147. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 148. | | | | | Sold (part) | 09/13/13 | J | A | |
| 149. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 150. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 151.  -Metropolitan West Total Return | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 152. | | | | | Sold (part) | 03/08/13 | J | A | |
| 153. | | | | | Buy (add'l) | 09/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 11/08/13 | J | A | |
| 155. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 156.  -Nuveen NWQ Larege Cap Value | A | Distribution | K | T | Buy | 01/28/13 | K | | |
| 157. | | | | | Sold (part) | 03/08/13 | J | A | |
| 158. | | | | | Sold (part) | 09/13/13 | J | A | |
| 159. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 160.  -PIMCO Low Duration | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 161. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 162. | | | | | Sold (part) | 11/08/13 | J | A | |
| 163.  Virtus Insight Emerging Markets | A | Dividend | J | T | Buy | 01/28/13 | K | | |
| 164. | | | | | Sold (part) | 03/08/13 | J | | |
| 165. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 166. | | | | | Sold (part) | 11/08/13 | J | | |
| 167. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 168. | | | | | | | | | |
| 169.  Morgan Stanley Roth IRA (holdings listed below)(H) | | | | | | | | | |
| 170.  -First Eagle Global Fund Class C | | | | | Sold | 01/18/13 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Citibank Deposit Program | A | Int./Div. | J | T | | | | | |
| 172. -Verizon Communications | | | | | Sold | 01/18/13 | J | A | |
| 173. -AQR Managed Futures Strategy | A | Dividend | J | T | Buy | 01/23/13 | J | | |
| 174. | | | | | Sold (part) | 03/08/13 | J | A | |
| 175. -Causeway Int'l Value Fund | | | J | T | Buy | 11/18/13 | J | | |
| 176. -Deleware Inv. Sm. Cap. Value | A | Dividend | J | T | Buy | 05/17/13 | J | | |
| 177. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 178. -EV Income Fund of Boston | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 179. | | | | | Sold (part) | 03/08/13 | J | A | |
| 180. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 181. -EV Commodity Strategy | A | Dividend | J | T | Buy (add'l) | 01/22/13 | J | | |
| 182. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 183. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 184. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 185. -Goldman Sachs Absolute Return | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 186. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 187. | | | | | Buy (add'l) | 09/13/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -ING Global Real Estate Fund | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 189. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 190. | | | | | Sold (part) | 11/08/13 | J | A | |
| 191.  -Invesco Premier Institutional | | | J | T | Buy | 03/08/13 | J | | |
| 192. | | | | | Sold (part) | 09/13/13 | J | A | |
| 193.  -Ivy Mid-Cap Growth | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 194. | | | | | Sold (part) | 03/08/13 | J | A | |
| 195. | | | | | Sold (part) | 09/13/13 | J | A | |
| 196. | | | | | Sold (part) | 11/08/13 | J | A | |
| 197.  -JP Morgan Dynamic Small Cap Growth | A | Distribution | J | T | Buy | 01/22/13 | J | | |
| 198. | | | | | Sold (part) | 03/08/13 | J | A | |
| 199. | | | | | Sold (part) | 09/13/13 | J | A | |
| 200. | | | | | Sold (part) | 11/08/13 | J | A | |
| 201. | | | | | Buy (add'l) | 12/16/13 | J | | |
| 202.  -Mainstay Large Cap Growth | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 203. | | | | | Sold (part) | 03/08/13 | J | A | |
| 204. | | | | | Sold (part) | 09/13/13 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 206.   -Managers Systematic Mid-Cap. Value | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 207. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 208. | | | | | Sold (part) | 09/13/13 | J | A | |
| 209. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 210. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 211.   -Metropolitan West Total Return | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 212. | | | | | Sold (part) | 03/08/13 | J | A | |
| 213. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 214. | | | | | Sold (part) | 11/08/13 | J | A | |
| 215. | | | | | Buy (add'l) | 12/30/13 | J | | |
| 216.   -Nuveen NWQ Large Cap Value | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 217. | | | | | Buy (add'l) | 03/08/13 | J | | |
| 218. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 219. | | | | | Buy (add'l) | 11/08/13 | J | | |
| 220.   -PIMCO Low Duration | A | Dividend | J | T | Buy | 03/08/13 | J | | |
| 221. | | | | | Buy (add'l) | 09/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 11/08/13 | J | A | |
| 223. -Virgus Insight Emerging Markets | A | Dividend | J | T | Buy | 01/22/13 | J | | |
| 224. | | | | | Sold (part) | 03/08/13 | J | A | |
| 225. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 226. | | | | | Sold (part) | 11/08/13 | J | A | |
| 227. | | | | | Buy (add'l) | 12/24/13 | J | | |
| 228. | | | | | | | | | |
| 229. Morgan Stanley Traditional IRA No. 1 (holdings below)(H) | | | | | | | | | |
| 230. -First Eagle Global Fund | | | | | Sold | 01/18/13 | J | A | |
| 231. -Altria Group, Inc. | A | Dividend | | | Sold | 01/18/13 | J | C | |
| 232. -Mondelez Int'l, Inc. (formerly Kraft Foods, Inc.) | A | Dividend | | | Sold | 01/18/13 | J | B | |
| 233. -Kraft Foods Group, Inc.(spinoff from Kraft Foods) | A | Dividend | | | Sold | 01/18/13 | J | A | |
| 234. -Philip Morris Int'l Inc. | A | Dividend | | | Sold | 01/28/13 | K | D | |
| 235. - Citibank Deposit Program | | | | | Sold | 01/18/13 | J | A | |
| 236. | | | | | | | | | |
| 237. Morgan Stanley Traditional IRA No. 2 (holdingsbelow)(H) | | | | | | | | | |
| 238. -Pfizer, Inc. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Citibank Bank Deposit Program | A | Dividend | J | T | | | | | |
| 240. | | | | | | | | | |
| 241. AETNA HSA | A | Interest | K | T | | | | | |
| 242. | | | | | | | | | |
| 243. Select Account HSA | A | Int./Div. | | | Closed | 10/08/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ballou, Robert S. | 5/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Robert S. Ballou**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544